IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES W. KING                                                          PLAINTIFF

          v.                          Civil No. 04-6095


JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                  DEFENDANT

## JUDGMENT

On this 5th day of October, 2005, the Court has before it for consideration the request

for attorney's fees filed by plaintiff's attorney, Jon B. Gann, pursuant to the Equal Access to

Justice Act, *28 U.S.C. § 2412.* In accordance with the Memorandum Opinion filed in the above

styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is

awarded fees in the amount of $1,593.75 under *28 U.S.C. § 2412.*

IT IS SO ORDERED.

                                                    /s/Bobby E. Shepherd
                                                     Honorable Bobby E. Shepherd
                                                     United States Magistrate Judge